AO 106 (Rev. 04/10) Application for a Search Warrant  AUTHORIZED AND APPROVED/DATE: s/David Nichols 4-18-24

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. M-24-355-SM
)
Premises Known as: )
6718 Trevi Court )
Oklahoma City, OK 73116 )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the __Western__ District of __Oklahoma__, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(o) | Unlawful possession and transfer of a machine gun |

The application is based on these facts:

See attached affidavit which is incorporated herein.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

Anthony Pundsack, Task Force Officer, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 4/18/24

_____
Judge's signature

City and state: Oklahoma City, Oklahoma

SUZANNE MITCHELL, U.S. Magistrate Judge
Printed name and title

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

STATE OF OKLAHOMA          )
                           )
COUNTY OF OKLAHOMA         )

## AFFIDAVIT

I, Anthony Pundsack, Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI), having been duly sworn, depose and state as follows:

1. I have been a Task Force Officer (TFO) with the FBI since February 2023 and an Oklahoma City Police Department (OCPD) Officer since October of 2004. I am currently assigned to the Oklahoma City Division, where I am assigned to the Violent Crimes Investigation Unit, which is responsible for investigating, among other things, violent crimes committed by criminal organizations. Through my training and experience, I have become familiar with the methods and operation of violent criminal gangs, including their common organizational structures, use of violence, procurement of firearms to include items to make firearms fully automatic. As part of my investigative experience as a detective and TFO, I have executed search and arrest warrants, conducted physical surveillance, investigated violent crimes, investigated crime scenes, and prepared large scale cases for court.

2. The facts set forth below are based upon my own personal observations, reports and information provided to me, and other documents obtained during the course of this investigation. All of the below-described dates and times are approximate.

3. The information contained in this Affidavit is submitted for the limited purpose of establishing probable cause to secure a search warrant for 6718 Trevi Court, Oklahoma City,

1

Oklahoma, 73116 (the "**Subject Property**"), as described further in **Attachment A** (physical description) for evidence of violations of 18 U.S.C. § 922(o) (unlawful possession and transfer of a machine gun) as described further in **Attachment B** (description of items to be seized). Since this Affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the requested warrant.

## BACKGROUND REGARDING VIOLENT CRIME FIREARM CASES

4.  As discussed previously, based on my training and experience, I am familiar with the *modus operandi* of gang members and their methods to obtain illegal firearms and illegal firearm parts. Based on my training and experience, as well as my participation in numerous violent gang related investigations, I know the following:

a)  I am aware that even though relevant assets, telephones, and properties are often held in alias or third-party names, violent gang members and illegal firearm dealers continue to use and exercise dominion and control over them;

b)  I am aware that violent gang members and illegal firearm dealers often maintain on-hand quantities of currency and firearms in order to finance their ongoing criminal business;

c)  I am aware that firearms dealers will frequently keep records, notes, ledgers, contact lists, and other evidence of their illegal firearm dealings on digital devices (*i.e.*, cellphones, computers, tablets, etc.) and that they often keep such digital devices, particularly cellphones, on their person or on the premises that they control. Further, I

2

am aware that violent gang members and illegal firearm dealers will often have multiple digital devices and will frequently use more than one digital device to help conduct their firearm trafficking and other illegal activity. I am also aware that violent gang members and illegal firearm dealers will use these digital devices to further their firearm trafficking and other criminal activity through the use of digital communication, including, but not limited to, e-mail, calls, and instant messaging. Further, I am aware that violent gang members and illegal firearm dealers will attempt to conceal the information on their digital devices that is relevant to their criminal activities through the use of encrypted applications (*i.e.,* WhatsApp, Signal, Silent Phone) and security locks on their devices;

d) I am aware that it is common for violent gang members and illegal firearm dealers to conceal contraband, proceeds of weapons sales, firearm sources and firearm customers, in secure locations within residences, garages, storage building, safes, and safety deposit boxes for ready access, and also to conceal such items from law enforcement agencies;

e) I am aware that when violent gang members and illegal firearm dealers acquire large sums of proceeds from the sale of illegal firearms and illegal firearm parts, they attempt to legitimize their profits;

f) I am aware that firearms are commonly used by violent gang members and illegal firearm dealers to protect their inventory and currency;

3

5. I am familiar with machine gun conversion devices, commonly known as Glock switches, including what they look like, and their characteristics. A Glock switch is a metal or plastic device mounted to a Glock brand pistol that converts the pistol from semi-automatic to fully automatic in violation of Federal Law. I am aware that the possession of a Glock switch by itself is a violation of federal law. Detectives have obtained several of these Glock switches through prior investigations. Tests were conducted at the OCPD firing range with these Glock switches to confirm their functionality. These tests confirmed that Glock switches are capable of converting a semiautomatic firearm into a fully automatic firearm through a simple process of inserting the switch into the firearm. Firearms converted into machine guns in this way were devastating to the test targets. We now understand the devastating effects these machine guns can have on Law Enforcement and the public. Your affiant is aware that Glock switches are small, making them easily hidden from law enforcement.

## **PROBABLE CAUSE**

6. The following occurred in the city of Oklahoma City, County of Oklahoma, State of Oklahoma, and the Western District of Oklahoma. The OCPD Violent Crimes Investigations Unit has been conducting investigations into the illegal buying and selling of Glock switches. Recently, detectives have discovered numerous violent gang members to be in possession of these Glock switches whether by themselves or mounted on firearms. Detectives have seen an increase in the use of these items.

7. On April 15, 2024, OCPD Violent Crimes Officer Dakota Boxwell was contacted by a known 8-Ball gang member (the "informant") who wanted to provide information for favorable conditions on a case he was a suspect in. No contract or promise was

made with this person and his information was freely provided to Officer Boxwell. The informant advised he received a text message from a person, later identified as D'Eric Holmes (HOLMES), which contained a photograph of several Glock switches. These switches appeared to be laying on a bathroom countertop. Officer Boxwell asked the informant if he could verify whether HOLMES still had the devices.

8.  The informant then called HOLMES via Apple Facetime. The informant "screen recorded" the conversation and it was provided to your affiant. According to the time stamps on the recording, the conversation occurred at approximately 7:05 p.m. on April 15, 2024. During the conversation, HOLMES offered to sell the informant six (6) "Glock Switches" for $1,100.00. HOLMES showed the informant a single "Glock Switch" in a small plastic baggie. During this conversation, from reviewing the recording, it appears HOLMES was in the same bathroom shown in the earlier photograph. I reviewed the video and could clearly see the item HOLMES was presenting to the informant. Based on my training and experience, the item was a Glock switch.

9.  During the facetime call, HOLMES was utilizing the Apple ID ypckatt@icloud.com. Investigators used this ID to find a public Instagram for HOLMES – whose physical appearance and tattoos clearly matched the FaceTime call. In his Instagram posts, HOLMES is depicted wearing a Putnam City High school football jersey. The jersey bears #19. Investigators consulted the open-source highs school athletics website www.Maxpreps.com and located HOLMES on the 2021 Putnam City Original varsity football roster.

5

10. HOLMES is listed in several databases as living at the **Subject Property** with his ten-year-old brother, his grandmother, and his mother, Raquel White, who is the renter of the duplex. Surveillance of the **Subject Property** has confirmed the presence of HOLMES, his brother, and Ms. White at the house, as well as the occasional visit from an unidentified male believed to be Ms. White's boyfriend. This unidentified male does not appear similar to HOLMES.

11. Several of HOLMES's social media posts show him standing by an Audi sedan. According to records held by Service Oklahoma, HOLMES's mother, Ms. White is the registered owner of a 2014 Audi A7 sedan, bearing OK vanity license plate number RAQI. HOLMES has been encountered by OCPD driving the Audi and he is the party insured on the vehicle. The vehicle registration also reflects the vehicle is registered to the **Subject Property**.

12. Based on the foregoing, I submit there is probable cause to believe HOLMES is currently in possession of machine gun conversion devices, also known as "Glock switches," at the **Subject Property** and is currently attempting to sell them to one or more known gang members in Oklahoma City.

## CONCLUSION

Based on the foregoing, I respectfully request issuance of a search warrant for the **Subject Property** (as further described in **Attachment A**)

**FURTHER, YOUR AFFIANT SAYETH NOT.**

Anthony Pundsack
Task Force Officer
Federal Bureau of Investigation

Sworn to and subscribed before me this 18th day of April, 2024.

SUZANNE MITCHELL
United States Magistrate Judge

## Attachment A

## ADDRESS TO BE SEARCHED

### (Subject Property)





## Description:

The **Subject Property** is located at 6718 Trevi Ct., Oklahoma City, Oklahoma 73116. This is a dual family structure commonly known as a "duplex". 6718 is located on east side of Trevi Ct and is the first structure south of Versailles Blvd. The residence has a gray colored composite shingled roof with red brick veneer and tan siding. The garage door is tan in color and the number 6718 are posted on the south side of the garage in white numbers against a black background. The front door faces west and is accessed from a sidewalk on the south side of the garage.

## **Attachment B**

## **ITEMS TO BE SEIZED**

The items to be seized are evidence, contraband, fruits, or instrumentalities of violations of 18 U.S.C. § 922(o) (unlawful possession and transfer of a machine gun), namely:

1. Illegal Firearm parts, to include, but not limited to: parts manufactured to convert semi-auto firearms to fully automatic machine guns. Tools and other instruments to convert the firearms. Packaging for the parts.

2. All firearms and firearm accessories

3. Electronic communication devices, to include cellphones, iPads, tablets, or any other electronic item reasonably suspected to owned or used by HOLMES to communicate and facilitate the buying a selling of illegal firearm parts. Specifically including any Apple iPhone associated with HOLMES and / or the apple ID utilized in the Apple FaceTime call.

4. The fruits and proceeds of the illegal distribution of machine gun parts, including, but not limited to large amounts of currency, financial instruments and other items of value showing the spending of large sums of money made from engaging in the illegal activities.

5. Items which tend to show dominion and control of the property searched, including, but not limited to utility bills, telephone bills, correspondence, rental agreements, property tax payment records, receipt from the payment of insurance premiums on the residence, and other identification documents.